UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

MOOSE M. SCHEIB          Chapter 7
                 Case No. 21-42581-MAR
                 Hon. Mark A. Randon

      Debtor.
_____/

## CERTIFICATE OF SERVICE

   MONIQUE KALLABAT, hereby certifies that on April 9, 2021, she served Debtors Statement of Intentions and Proof of Service to the following:

   Bank of America, N.A.
   16001 N. Dallas Pkwy
   Addison, TX 75001

by First Class Mail with the United States Postal Service.

                **OSIPOV BIGELMAN, P.C.**

Dated: April 9, 2021         */s/ Monique Kallabat*
                MONIQUE KALLABAT
                Legal Assistant
                20700 Civic Center Drive Suite 420
                Southfield, Michigan 48076
                (248) 663-1800
                mk@osbig.com