UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Moose M. Scheib,   Case No. 21-42581
                   Chapter 7
                   Honorable Mark A. Randon

    Debtor.
_____/

## ORDER AUTHORIZING TRUSTEE TO EMPLOY RE/MAX FIRST TO MARKET AND SELL REAL ESTATE

**THIS MATTER** having come before the Court upon the Trustee's Application to Employ Real Estate Agent and Broker, the Court having read same and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Trustee, on behalf of the bankruptcy estate, be and hereby is authorized to employ RE/MAX First ("RE/MAX") as real estate sales broker and one of its real estate agents, Edward Harris ("Agent"), to investigate the value of and, if advisable, market and sell the real property located at 15 Bradford Court, Unit 27, Dearborn, MI 48216 (the "Property"). Combined compensation for RE/MAX and Agent shall be 6% of the gross proceeds from any sale of the Property. RE/MAX and Agent will not be required to submit hourly time records in order to receive compensation.

**IT IS FURTHER ORDERED** that, upon application to and approval by the Court, Agent may be paid a reasonable fee not to exceed $250 for his valuation and

consulting services in lieu of a commission if the Property is not sold due to a settlement regarding the Property that does not result in its sale.

**IT IS FURTHER ORDERED** that all fees and expenses sought by RE/MAX and Agent are subject to Court approval.

**Signed on June 25, 2021**



/s/ Mark A. Randon
_____
Mark A. Randon
United States Bankruptcy Judge