UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 7 |
| Moose M. Scheib, | Case Number 21-42581 |
| Debtor. | Hon. Mark A. Randon |
| _____ / | |

## ORDER REGARDING EX PARTE MOTION FOR RECONSIDERATION

On July 19, 2021, the Court granted Creditor Kelly Jarrett's motion to extend the deadline to file a non-dischargeability complaint. Before the Court is Debtor's ex parte motion for reconsideration. After reviewing the motion and otherwise being fully advised, the Court determines a response is required. As such, Creditor must file a response on or before *August 18, 2021*. The Court will then determine if Creditor's adversary proceeding will continue or be dismissed.

**IT IS ORDERED**.
**Signed on August 4, 2021**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**