UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

MOOSE M. SCHEIB,

    Debtor.                                     Case No. 21-42581
                                                        Chapter 7
                                                        Hon. Mark A. Randon

_____/
KELLY SILVERA JARRETT

    Plaintiff,                                     Adv. Proc. No. 21-04167-Mar
v.                                                     Hon. Mark A. Randon

MOOSE SCHEIB, a/k/a MUSTAPHA SCHIEB

    Defendant.
_____

## REPORT OF PARTIES' RULE 26(f) CONFERENCE

    Pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(f), a conference was held on September 22, 2021, via telephone and was participated in by:

        Solomon M. Radner and Paul F. Doherty for
        plaintiff Kelly Silvera Jarrett

        Jeffrey H. Bigelman for defendant Moose Schieb

    This is submitted as the required report of that conference.

    **(1) <u>Initial Disclosures required by Fed. R. Civ. P. 26(a)(1)</u>.**

    The parties will exchange by October 15, 2021.

1

**(2) Discovery Plan.** The parties propose the following discovery plan:

(a)  Discovery will be needed on the following subjects:

   1. Plaintiff's claims and Defendant's defenses.

(b) All discovery commenced in time to be completed by:
March 1, 2022

(c) Maximum of interrogatories by each party to any other party: 30

(d) Maximum number requests for admission by each party to any other party: 30

(e) Maximum number of depositions by plaintiff(s) and by defendant(s): Five each.

(f) Each deposition limited to maximum of seven hours unless extended by agreement of parties.

(g) Reports from retained experts under Fed. R. Civ. P. 26(a)(2) due: from plaintiff by December 15, 2021from defendant by January 15, 2022.

(h) Supplementation under Fed. R. Civ. P. 26(e) in a timely manner as required by the court rule.

(i) Discovery of electronically stored information

   (i) This adversary proceeding involves the discovery of electronically stored information

   (ii) Pursuant to E.D. Mich. LBR 7026-4, the Model Order Relating to the Discovery of Electronically Stored Information approved by the District Court will apply.

(3)  **Other Agreed Upon Items.**

   (a) Plaintiff is granted leave through, and the deadline is October 15, 2021 to join additional parties and to amend the pleadings.

2

(b) Defendant is granted leave through, and the deadline is, November 1, 2021, to join additional parties and to amend pleadings.

(c) All potentially dispositive motions must be filed by March 15, 2022

(d) The proceeding will be ready for trial by April 15, 2022 . The trial is expected to take approximately three trial days.

(e) Jury Trial Matters.

   (i) [x] a jury trial was <u>not</u> timely demanded and <u>is</u> waived; or

(f) The parties agree that:

   [ ] This is a core proceeding; or

   [x] This is a non-core proceeding otherwise related to the bankruptcy case.

(g) [x] The parties consent to the Bankruptcy Court entering a final order or judgment in this proceeding; or

   [ ] The parties do not consent to the Bankruptcy Court entering a final order or judgment in this proceeding.

(4) <u>Other matters</u>. N/A

(5) <u>Matters not agreed upon or insufficiently addressed by the foregoing</u>. N/A

<u>/s/ Solomon M. Radner</u>
Solomon M. Radner (P73653)
Paul F. Doherty (P36579)
Attorney for Plaintiff

<u>/s/ Jeffrey H. Bigelman</u>
Jeffrey H. Bigelman (P61755)
Attorney for Defendant

**UNITED STATES BANKRUPTCY COURT**

IN THE MATTER OF:

MOOSE M. SCHEIB,

    Debtor.                                  Case No. 21-42581
                                                                      Chapter 7
                                                                      Hon. Mark A. Randon

_____/

KELLY SILVERA JARRETT

    Plaintiff,                                 Adv. Proc. No. 21-04167-Mar

v.                                                      Hon. Mark A. Randon

MOOSE SCHEIB, a/k/a MUSTAPHA SCHIEB

    Defendant.

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2021, a true and correct copy of the foregoing Report of Parties' Rule 26(F) Conference, was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

                                                         Respectfully Submitted,

                                                        **JOHNSON LAW, PLC**
                                        By: */s/ Solomon M. Radner*
                                                        Solomon M. Radner (P73653)
                                                        Paul F. Doherty (P36579)
                                                        Attorneys for Plaintiff
                                                        535 Griswold St., Ste 2632
                                                        Detroit, MI 48226
                                                        (313)324-8300
                                                        pdoherty@venjohnsonlaw.com
Date: September 22, 2021             sradner@venjohnsonlaw.com

4